



## MEMORANDUM OPINION

No. 04-07-00885-CV

Virginia **MURPHY**,
Appellant

v.

**RUBEN AND JOANN ALCOSER** d/b/a 5 Star Hauling,
Appellees

From the County Court at Law No 7, Bexar County, Texas
Trial Court No. 279164
Honorable Fred Shannon, Judge Presiding

PER CURIAM

Sitting: Alma L. López, Chief Justice
    Rebecca Simmons, Justice
    Steven C. Hilbig, Justice

Delivered and Filed: September 17, 2008

DISMISSED

Appellant's brief was originally due to be filed by March 3, 2008. After notification from the parties that a settlement was in place, several motions for extension of time were granted to allow the parties sufficient time to resolve the remaining issues. On July 9, 2008, appellant's request for an additional thirty days to finalize the settlement was granted. In the event that the funding was not complete, appellant was ordered to file her brief by July 30, 2008. Neither a brief nor a motion for extension of time were filed.

On August 12, 2008, we ordered that appellant show cause in writing within fifteen days why this appeal should not be dismissed for want of prosecution. *See* TEX. R. APP. P. 38.8(a). We received no response. The appeal is, therefore, dismissed for want of prosecution. *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b).

PER CURIAM